**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**EASTERN DIST. OF CALIFORNIA**

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 12/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Ramil** First Name _____ Middle Name **Abalkhad** Last Name _____ Suffix (Sr., Jr., II, III) | **Melina** First Name _____ Middle Name **Abalkhad** Last Name _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and "doing business as" names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First Name Middle Name Last Name First Name Middle Name Last Name Business name (if applicable) Business name (if applicable) | First Name Middle Name Last Name First Name Middle Name Last Name Business name (if applicable) Business name (if applicable) |

Filed 01/27/23 · · · Case 23-90029 · · · Doc 1

Debtor 1 **Ramil Abalkhad**
Debtor 2 **Melina Abalkhad**

Case number (if known) _____

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – 8 5 4 8

OR

9xx – xx – ____ ____ ____ ____

xxx – xx – 7 7 0 0

OR

9xx – xx – ____ ____ ____ ____

**4. Your Employer Identification Number (EIN), if any.**

____ – _____
EIN

____ – _____
EIN

____ – _____
EIN

____ – _____
EIN

**5. Where you live**

**3040 Andrea Ln**
Number Street

_____

_____

**Turlock** **CA** **95382**
City State ZIP Code

**Stanislaus**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number Street

_____
P.O. Box

_____
City State ZIP Code

**If Debtor 2 lives at a different address:**

**25561 Prado de Las Flores**
Number Street

_____

_____

**Calabassas** **CA** **91302**
City State ZIP Code

**Los Angeles**
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

**3040 Andrea Ln**
Number Street

_____
P.O. Box

**Turlock** **CA** **95382**
City State ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**Filed 01/27/23**          **Case 23-90029**          **Doc 1**

Debtor 1     **Ramil Abalkhad**

Debtor 2     **Melina Abalkhad**                  Case number (if known) _____

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| | MM / DD / YYYY | |
| _____ | _____ | _____ |
| | MM / DD / YYYY | |
| _____ | _____ | _____ |
| | MM / DD / YYYY | |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                    MM / DD / YYYY  if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                    MM / DD / YYYY  if known

**11.  Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No.  Go to line 12.

    ☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Filed 01/27/23                    Case 23-90029                    Doc 1

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**                                    Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number      Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                      State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes. What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

_____

Where is the property?
_____
Number      Street

_____

_____
City                                      State          ZIP Code

**Filed 01/27/23**      **Case 23-90029**      **Doc 1**

| | | |
|---|---|---|
| Debtor 1 | **Ramil Abalkhad** | |
| Debtor 2 | **Melina Abalkhad** | Case number (if known) _____ |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Ramil Abalkhad**

Debtor 2   **Melina Abalkhad** _____        Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?**  *Consumer debts*  are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐  No.  Go to line 16b.

☑  Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?**  *Business debts*  are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐  No.  Go to line 16c.

☐  Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17.  Are you filing under Chapter 7?**

☑  No.   I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐  Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐  No

☐  Yes

**18.  How many creditors do you estimate that you owe?**

☐  1-49

☑  50-99

☐  100-199

☐  200-999

☐  1,000-5,000

☐  5,001-10,000

☐  10,001-25,000

☐  25,001-50,000

☐  50,001-100,000

☐  More than 100,000

**19.  How much do you estimate your assets to be worth?**

☐  $0-$50,000

☐  $50,001-$100,000

☐  $100,001-$500,000

☐  $500,001-$1 million

☑  $1,000,001-$10 million

☐  $10,000,001-$50 million

☐  $50,000,001-$100 million

☐  $100,000,001-$500 million

☐  $500,000,001-$1 billion

☐  $1,000,000,001-$10 billion

☐  $10,000,000,001-$50 billion

☐  More than $50 billion

**20.  How much do you estimate your liabilities to be?**

☐  $0-$50,000

☐  $50,001-$100,000

☐  $100,001-$500,000

☐  $500,001-$1 million

☐  $1,000,001-$10 million

☑  $10,000,001-$50 million

☐  $50,000,001-$100 million

☐  $100,000,001-$500 million

☐  $500,000,001-$1 billion

☐  $1,000,000,001-$10 billion

☐  $10,000,000,001-$50 billion

☐  More than $50 billion

| Debtor 1 | **Ramil Abalkhad** | |
|---|---|---|
| Debtor 2 | **Melina Abalkhad** | Case number (if known) |

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____
Ramil Abalkhad, Debtor 1                        Melina Abalkhad, Debtor 2

Executed on _1 - 27 23_                          Executed on _1 - 27 - 23_
              MM / DD / YYYY                                    MM / DD / YYYY

| Debtor 1 | **Ramil Abalkhad** |
|---|---|
| Debtor 2 | **Melina Abalkhad** |

Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Michael R. Totaro**
Signature of Attorney for Debtor

Date 01/25/2023
MM / DD / YYYY

**Michael R. Totaro**
Printed name

**Totaro & Shanahan**
Firm Name

**P.O. Box 789**
Number          Street

**Pacific Palisades**          **CA**          **90272**
City          State          ZIP Code

Contact phone **(888) 425-2889**          Email address **Ocbkatty@aol.com**

**102229**          **CA**
Bar number          State

B 201 - Notice of Available Chapters (Rev. 06/14)        USBC, Central District of California

Name:    Totaro & Shanahan

Address:    P.O. Box 789
        Pacific Palisades, CA 90272

Telephone: (888) 425-2889      Fax:    (310) 496-1260

☒ Attorney for Debtor
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names, including trade names, used by Debtor(s) within last 8 years: | Case No.: |
| Ramil Abalkhad<br><br>Melina Abalkhad | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. <u>Services Available from Credit Counseling Agencies</u>

     **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file forbankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

     **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 06/14)      USBC, Central District of California

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts ininstallments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollaramounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

#### Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

#### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 06/14)                                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy petition
Printed name and title, if any, of Bankruptcy Petition Preparer          Address: preparer is not an individual, state the
                                                                          Social Security number of the officer, principal,
                                                                          responsible person, or partner of the bankruptcy
_____          petition preparer.) (Required by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Ramil Abalkhad                                                                    January 25, 2023
_____                    _____
Printed Name(s) of Debtor(s)                          Signature of Debtor                Date

                                                                                          January 25, 2023
Case No. (if known)_____                 _____
                                                      Signature of Joint Debtor (if any)   Date

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such proceeding(s).)

   None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   Chapter 11 converted to a Chapter 7 LJ Financial, Inc. 2010

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Turlock                              , California

Dated        January 25, 2023

Debtor

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2012                  Page 1       **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

Debtor 1    <u>Ramil</u>                  <u>Abalkhad</u>
          First Name       Middle Name       Last Name

Debtor 2    <u>Melina</u>                <u>Abalkhad</u>
(Spouse, if filing) First Name     Middle Name       Last Name

United States Bankruptcy Court for the: <u>CENTRAL DIST. OF CALIFORNIA</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 104</u>

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|
| **1** | Bakers Surety Services, Inc.<br>Creditor's name<br>**11101 Roosevelt Blvd. N**<br>Number    Street<br><br>**St. Petersberg**    **FL**    **33716**<br>City     State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim?   **Bond**<br>As of the date you file, the claim is:    Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>☐ None of the above apply<br>Does the creditor have a lien on your property?<br>☐ No<br>☑ Yes.   Total claim (secured and unsecured):<br>            Value of security    −<br>            Unsecured claim: |    **$2,400,000.00**<br>**$160,643.00**<br>**$2,239,357.00** | **$2,239,357.00** |
| **2** | Nationstar, Mortgage, LLC<br>Creditor's name<br>**dba Mr. Cooper**<br>Number    Street<br>**Attn. Bankruptcy Dept**<br><br>**Dallas**    **TX**    **75261**<br>City     State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim?   **First Mortgage**<br>As of the date you file, the claim is:    Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>☐ None of the above apply<br>Does the creditor have a lien on your property?<br>☐ No<br>☑ Yes.   Total claim (secured and unsecured):<br>            Value of security    −<br>            Unsecured claim: |    **$4,100,000.00**<br>**$2,500,000.00**<br>**$1,600,000.00** | **$1,600,000.00** |

**Filed 01/27/23**      **Case 23-90029**      **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

---

**3**   **Bank of Hope**
Creditor's name

1100 S. San Pedro St. #L21
Number     Street

Los Angeles    CA    90015
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   Non-Purchase Money

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured): $1,100,000.00
    Value of security     −     $0.00
    Unsecured claim:     $1,100,000.00

Unsecured claim    **$1,100,000.00**

---

**4**   **Alina Ghrdilyan**
Creditor's name

c/o Benjamin, Nachimson, Wolf etc
Number     Street
1100 Glendon Ave. #1500

West Hollywood    CA    90069
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   Non-Purchase Money

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured): $969,116.95
    Value of security     −     $0.00
    Unsecured claim:     $969,116.95

$969,116.95

---

**5**   **Evgenia Sultanian**
Creditor's name

c/o David A. Youssefyeh
Number     Street
AIDIY Law Group, PC

Los Angeles    CA    90067
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   Notice Only

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured): $900,000.00
    Value of security     $0.00
    Unsecured claim:     $900,000.00

$900,000.00

---

**6**   **Internal Revenue Service**
Creditor's name

Central Insolvency Operations
Number     Street
P.O. Box 7346

Philadelphia    PA    19101
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   Income Taxes

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured): $576,724.37
    Value of security     −     $0.00
    Unsecured claim:     $576,724.37

$576,724.37

---

**7**   **JP Morgan Chase**
Creditor's name

Chase Fulfillment Center
Number     Street
P.O. Box 469030

Glendale    CO    80246
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   Non-Purchase Money

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured): $500,000.00
    Value of security     −     $0.00
    Unsecured claim:     $500,000.00

$500,000.00

---

**Filed 01/27/23**        **Case 23-90029**        **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

---

**8** | **World's Gold and Diamonds, Inc.**
Creditor's name
**7500 Bellaire Blvd**
Number    Street

**Houston**    **TX**    **77036**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Judgment**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):   **$390,518.40**
        Value of security    –    **$0.00**
        Unsecured claim:    **$390,518.40**

Unsecured claim: **$390,518.40**

---

**9** | **Merchants Acquisition Group, LLC**
Creditor's name
**131 N. Tustin Ave. #200**
Number    Street

**Tustin**    **CA**    **92780**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Judgment**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):   **$390,518.40**
        Value of security    –    **$0.00**
        Unsecured claim:    **$390,518.40**

Unsecured claim: **$390,518.40**

---

**10** | **Alina Ghrdilyan**
Creditor's name
**c/o Benjamin, Nachimson, Wolf etc**
Number    Street
**1100 Glendon Ave. #1500**

**Los Angeles**    **CA**    **90024**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Judgment**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):   **$366,073.29**
        Value of security    –    **$0.00**
        Unsecured claim:    **$366,073.29**

Unsecured claim: **$366,073.29**

---

**11** | **State of CA Dept of Tax & Fee Admin**
Creditor's name
**Bankruptcy Group MIC 92E**
Number    Street
**P.O. Box 826880**

**Sacramento**    **CA**    **94280**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Employment Taxes**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):   **$359,232.51**
        Value of security    –    **$0.00**
        Unsecured claim:    **$359,232.51**

Unsecured claim: **$359,232.51**

---

**12** | **TBF Financial, Inc.**
Creditor's name
**870 Sheridan Rd.**
Number    Street

**Highwood**    **IL**    **60040**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Collection Account**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):   **$269,376.62**
        Value of security    –    **$0.00**
        Unsecured claim:    **$269,376.62**

Unsecured claim: **$269,376.62**

---

**Filed 01/27/23**     **Case 23-90029**     **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| | | | | Unsecured claim |
|---|---|---|---|---|

**13**   **Banco Popular NA**
Creditor's name

**P.O. Box 4906**
Number    Street

**Miami Lakes**    **FL**    **33014**
City    State    ZIP Code

Contact
_____
Contact phone

What is the nature of the claim?   **Judgment**    **$257,019.60**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes.   Total claim (secured and unsecured):   **$257,019.60**
  - Value of security   –   **$0.00**
  - Unsecured claim:   **$257,019.60**

---

**14**   **David Seror**
Creditor's name

**c/o Gonzalez & Gonzolez Law PC**
Number    Street
**530 S. Hewitt St.#148**

**Los Angeles**    **CA**    **90013**
City    State    ZIP Code

Contact
_____
Contact phone

What is the nature of the claim?   **Judgment**    **$250,000.00**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes.   Total claim (secured and unsecured):   **$250,000.00**
  - Value of security   –   **$0.00**
  - Unsecured claim:   **$250,000.00**

---

**15**   **David Rastavan**
Creditor's name

**c/o Ali R Mirhosseini**
Number    Street
**Mirhosseini Law Group, APC**

**Santa Ana**    **CA**    **92706**
City    State    ZIP Code

Contact
_____
Contact phone

What is the nature of the claim?   **Judgment**    **$250,000.00**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes.   Total claim (secured and unsecured):   **$250,000.00**
  - Value of security   –   **$0.00**
  - Unsecured claim:   **$250,000.00**

---

**16**   **Nationstar, Mortgage, ILC**
Creditor's name
**dba Mr. Cooper**
Number    Street
**Attn. Bankruptcy Dept**

**Dallas**    **TX**    **75261**
City    State    ZIP Code

Contact
_____
Contact phone

What is the nature of the claim?   **Purchase Money**    **$220,000.00**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes.   Total claim (secured and unsecured):   **$220,000.00**
  - Value of security   –   **$0.00**
  - Unsecured claim:   **$220,000.00**

---

**17**   **Home Acceptance Corp**
Creditor's name

**1061 N. Kraemer Pl #G**
Number    Street

**Anaheim**    **CA**    **92806**
City    State    ZIP Code

Contact
_____
Contact phone

What is the nature of the claim?   **Loan**    **$195,000.00**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.   Total claim (secured and unsecured): _____
  - Value of security   – _____
  - Unsecured claim: _____

---

**Filed 01/27/23**      **Case 23-90029**      **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad** _____    Case number (if known) _____

| | | | Unsecured claim |
|---|---|---|---|

**18** | **Internal Revenue Service**
Creditor's name

**Central Insolvency Operations**
Number     Street
**P.O. Box 7346**

**Philadelphia**    **PA**    **19101**
City      State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Income Taxes**      **$88,828.18**

As of the date you file, the claim is:    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes.   Total claim (secured and unsecured):    **$88,828.18**
        Value of security    −    **$0.00**
        Unsecured claim:    **$88,828.18**

**19** | **Luxury Auto Leasing**
Creditor's name

**4163 Lincoln Blvd.**
Number     Street

**Marina del Rey**    **CA**    **90292**
City      State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Repossession**      **$67,000.00**

As of the date you file, the claim is:    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.   Total claim (secured and unsecured):
        Value of security    −
        Unsecured claim:

**20** | **Home Acceptance Corp**
Creditor's name

**1061 N. Kraemer Pl #G**
Number     Street

**Anaheim**    **CA**    **92806**
City      State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Loan**      **$60,440.00**

As of the date you file, the claim is:    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.   Total claim (secured and unsecured):
        Value of security    −
        Unsecured claim:

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____      X _____
Ramil Abalkhad, Debtor 1      Melina Abalkhad, Debtor 2

Date **1-27-23**           Date **1-27-23**
    MM / DD / YYYY                MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

IN RE:                                CHAPTER   **11**
**Ramil Abalkhad**
**Melina Abalkhad**

DEBTOR(S)                         CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _1 - 27-23_               Signature: _____
                                     Ramil Abalkhad

                                     Melina Abalkhad

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ramil**     **Abalkhad** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Melina**     **Abalkhad** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | **$4,163,900.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................. | **$49,110.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................... | **$4,213,010.00** |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$14,252,151.81** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................. | **$8,952.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$461,514.00** |
| | **Your total liabilities** | **$14,722,617.81** |

### Part 3:   Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I......................................... | **$28,000.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................... | **$18,547.66** |

Filed 01/27/23                  Case 23-90029                          Doc 1

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   | $13,334.00 |

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   | | | |
   |---|---|---|
   | 9a. Domestic support obligations. (Copy line 6a.) | | $0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | | $8,952.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | | $0.00 |
   | 9d. Student loans. (Copy line 6f.) | | $0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | | $0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + | $0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | | $8,952.00 |

**Fill in this information to identify your case and this filing:**

| | | |
|---|---|---|
| Debtor 1 | **Ramil** | **Abalkhad** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Melina** | **Abalkhad** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   - ☐ No. Go to Part 2.
   - ☑ Yes. Where is the property?

1.1.

**25561 Prado de Las Flores**
Street address, if available, or other description

**Calabassas**     **CA**    **91302**
City               State    ZIP Code

**Los Angeles**
County

**25561 Prado de Las Flores,
Calabassas, CA 91302
SFH**

**What is the property?**
Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$2,500,000.00

**Current value of the portion you own?**
$2,500,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Community**

☑ Check if this is community property (see instructions)

Debtor 1    Ramil Abalkhad

Debtor 2    Melina Abalkhad

Case number (if known) _____

---

**1.2.**

**3040 Andrea Ln**
Street address, if available, or other description

**Turlock**    **CA**   **95382**
City         State   ZIP Code

**Kern**
County

3040 Andrea Ln, Turlock, CA 95382
Townhome

**What is the property?**
Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$125,000.00         $225,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Community Property**

- ☑ Check if this is community property (see instructions)

---

**1.3.**

**6234 Pensfield Ave.**
Street address, if available, or other description

**Woodland Hills**    **CA**   **91367**
City         State   ZIP Code

**Los Angeles**
County

SFH
6234 Pensfield Ave.,
Woodland Hills, CA 91367

**What is the property?**
Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$1,438,900.00         $1,438,900.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**None**

- ☐ Check if this is community property (see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................ ➔    **$4,163,900.00**

---

**Filed 01/27/23**    **Case 23-90029**    **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make: **Kia**
Model: **Optima**
Year: **2020**
Approximate mileage: **30,000**

Other information:
**2020 Kia Optima (approx. 30,000 miles)**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,000.00 | $20,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................... →   **$20,000.00**

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....  Upscale but older furniture for six bedroom home      $20,000.00

7.  **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....  4 tv's, 4 computers, 2 phones      $2,000.00

8.  **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes.  Describe.....

Debtor 1  **Ramil Abalkhad**

Debtor 2  **Melina Abalkhad**

Case number (if known) _____

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe..... | 20 year old shotgun | $100.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe..... | Normal clothing for 2 persons | $1,000.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe..... | Misc inexpensive jewelry | $4,000.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.......................** ➜ | $27,100.00 |

---

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes................................................................................... Cash: .................... | $700.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................          Institution name:

17.1.  Checking account:  | Checking account Premier American Fed CU | $1,000.00

17.2.  Checking account:  | Checking account Kinekta Fed Cu. | $300.00

17.3.  Checking account:  | Checking account Cap One | $10.00

---

| Debtor 1 | **Ramil Abalkhad** |
|---|---|
| Debtor 2 | **Melina Abalkhad** |

Case number (if known) _____

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes......................... Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.......................... Name of entity:         % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately. Type of account:     Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.......................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.......................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.......................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Filed 01/27/23**      **Case 23-90029**      **Doc 1**

Debtor 1   **Ramil Abalkhad**

Debtor 2   **Melina Abalkhad**

Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years....................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value...............   Company name:     Beneficiary:     Surrender or refund value:

**32. Any interest in property that is due from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........ _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information _____

**Filed 01/27/23**     **Case 23-90029**     **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**          Case number (if known) _____

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................➡   | **$2,010.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

*Current value of the portion you own? Do not deduct secured claims or exemptions.*

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.. _____

39.  **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.. _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe.. _____

41.  **Inventory**

☑ No
☐ Yes. Describe.. _____

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:           % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.... _____

44.  **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................................................➡   | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Filed 01/27/23                Case 23-90029                Doc 1

Debtor 1  **Ramil Abalkhad**
Debtor 2  **Melina Abalkhad**

Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes... _____ _____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information................ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes... _____ _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes... _____ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here................ ➡ | **$0.00** |

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here................ ➡ | **$0.00** |

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**......................................................➡     $4,163,900.00

56. **Part 2: Total vehicles, line 5**     $20,000.00

57. **Part 3: Total personal and household items, line 15**     $27,100.00

58. **Part 4: Total financial assets, line 36**     $2,010.00

59. **Part 5: Total business-related property, line 45**     $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00

61. **Part 7: Total other property not listed, line 54**     +     $0.00

62. **Total personal property.**    Add lines 56 through 61................     $49,110.00     Copy personal property total  ➡  +     $49,110.00

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62....................................     $4,213,010.00

**Fill in this information to identify your case:**

| Debtor 1 | __Ramil__ | | __Abalkhad__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | __Melina__ | | __Abalkhad__ |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __CENTRAL DIST. OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt
**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**25561 Prado de Las Flores, Calabassas, CA 91302**<br>**SFH**<br>Line from *Schedule A/B*: __1.1__ | __$2,500,000.00__ | ☑ __$600,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description:<br>**3040 Andrea Ln, Turlock, CA 95382**<br>**Townhome**<br>Line from *Schedule A/B*: __1.2__ | __$225,000.00__ | ☑ __$431,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description:<br>**SFH**<br>**6234 Pensfield Ave.,**<br>**Woodland Hills, CA 91367**<br>Line from *Schedule A/B*: __1.3__ | __$1,438,900.00__ | ☑ __$600,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☑ No
        ☐ Yes

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2020 Kia Optima (approx. 30,000 miles)** Line from *Schedule A/B*: **3.1** | $20,000.00 | ☑ **$3,625.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| Brief description: **Upscale but older furniture for six bedroom home** Line from *Schedule A/B*: **6** | $20,000.00 | ☑ **$20,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **4 tv's, 4 computers, 2 phones** Line from *Schedule A/B*: **7** | $2,000.00 | ☑ **$2,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **20 year old shotgun** Line from *Schedule A/B*: **10** | $100.00 | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **Normal clothing for 2 persons** Line from *Schedule A/B*: **11** | $1,000.00 | ☑ **$1,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| Brief description: **Misc inexpensive jewelry** Line from *Schedule A/B*: **12** | $4,000.00 | ☑ **$4,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Ramil** | **Abalkhad** |
| | First Name   Middle Name | Last Name |
| Debtor 2 | **Melina** | **Abalkhad** |
| (Spouse, if filing) | First Name   Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| **2.1** | | | | |

**Alina Ghrdilyan**
Creditor's name
**c/o Benjamin, Nachimson, Wolf etc**
Number     Street
**1100 Glendon Ave. #1500**

Describe the property that
secures the claim:

**25561 Prado de Las Flores,
Calabassas, CA 91302**

$366,073.29     $2,500,000.00     $366,073.29

**Los Angeles     CA     90024**
City     State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates
to a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien.  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Judgment**

Date debt was incurred   **06-21-2012**   Last 4 digits of account number   **0   6   3   3**

**Lien 49 Las Flores Recorded 10-25-2012**

Add the dollar value of your entries in Column A on this page. Write
that number here:

$366,073.29

Debtor 1   **Ramil Abalkhad**
Debtor 2   **Melina Abalkhad**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

| 2.2 | | | | |

**Alina Ghrdilyan**
Creditor's name
**c/o Benjamin, Nachimson, Wolf etc**
Number    Street
**1100 Glendon Ave. #1500**

Describe the property that secures the claim:
**25561 Prado de Las Flores, Calabassas, CA 91302**

Column A: **$969,116.95**  Column B: **$2,500,000.00**  Column C: **$969,116.95**

**West Hollywood   CA   90069**
City          State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**   06-21-2012    Last 4 digits of account number    0   6   3   3

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Non-Purchase Money**

Lien 50 Los Flores Recorded 10-25-2012

| 2.3 | | | | |

**Bakers Surety Services, Inc.**
Creditor's name
**11101 Roosevelt Blvd. N**
Number    Street

Describe the property that secures the claim:
**Las Flores and Andrea**

Column A: **$2,400,000.00**  Column B: **$2,725,000.00**  Column C: **$2,239,357.00**

**St. Petersberg   FL   33716**
City          State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**   10-26-2016    Last 4 digits of account number    k   h   a   d

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Bond**

Lien 43 Bond Las Flores Recorded 12-27-2016
Lien 8 Andrea Recorded 02-27-2017

Add the dollar value of your entries in Column A on this page. Write that number here:          **$3,369,116.95**

Debtor 1   **Ramil Abalkhad**
Debtor 2   **Melina Abalkhad**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.4**

**Banco Popular NA**
Creditor's name
**P.O. Box 4906**
Number   Street

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

Column A: $257,019.60    Column B: $2,500,000.00    Column C: $257,019.60

**Miami Lakes**    **FL**   **33014**
City      State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Judgment**

Date debt was incurred   **03-04-2013**   Last 4 digits of account number   **6**   **0**   **2**   **9**

**Lien 54 Las Flores Recorded 04-25-2016**

**2.5**

**Bank of Hope**
Creditor's name
**1100 S. San Pedro St. #L21**
Number   Street

Describe the property that secures the claim:

**Los Flores and Andrea**

Column A: $1,100,000.00    Column B: $2,500,000.00    Column C: $1,100,000.00

**Los Angeles**    **CA**   **90015**
City      State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Non-Purchase Money**

Date debt was incurred   **03-08-2007-01** Last 4 digits of account number   **k**   **h**   **a**   **d**

**Lien 39 in favor of Wilshire State Bank, Las Flores Recorded 03-21-2007**
**Lien 7 Andrea Recorded 01-18-2006 Incurred 01-11-2006**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$1,357,019.60**

Debtor 1 **Ramil Abalkhad**
Debtor 2 **Melina Abalkhad**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.6**

**Cenlar Federal Savings**
Creditor's name
**425 Phillips Blvd.**
Number   Street

Describe the property that secures the claim:

**Second DOT Los Flores**     $15,225.00     $0.00     $15,225.00

**Ewing**    **NJ**   **08616**
City     State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   2003

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number   0   4   7   7

**2.7**

**County of Sacramento Tax Collector**
Creditor's name
**700 H Street, #1710**
Number   Street

Describe the property that secures the claim:

**Personal Property**     $12,111.82     $0.00     $12,111.82

**Sacramento**    **CA**   **95814**
City     State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   07-21-2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Unsecured Property Taxes**

Last 4 digits of account number   0   2   3   4

Lien 15 Andrea

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $27,336.82

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

---

**2.8**

**David Rastavan**
Creditor's name
**c/o Ali R Mirhosseini**
Number   Street
**Mirhosseini Law Group, APC**

**1502 N. Broadway**

**Santa Ana**     **CA**   **92706**
City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    2021

Describe the property that
secures the claim:      $250,000.00      $0.00      $250,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    Judgment

Last 4 digits of account number    8   8   4   6

---

**2.9**

**David Seror**
Creditor's name
**c/o Gonzalez & Gonzolez Law PC**
Number   Street
**530 S. Hewitt St.#148**

**Los Angeles**    **CA**   **90013**
City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    October 12, 20

Describe the property that
secures the claim:      $250,000.00      $2,500,000.00      $250,000.00
**25561 Prado de Las Flores,**
**Calabassas, CA 91302**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    Judgment

Last 4 digits of account number    0   2   0   9

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**      **$500,000.00**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Additional Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Column A — Amount of claim — Do not deduct the value of collateral | Column B — Value of collateral that supports this claim | Column C — Unsecured portion — If any |
|---|---|---|---|

**2.10**

Evgenia Sultanian
Creditor's name
c/o David A. Youssefyeh
Number   Street
AIDIY Law Group, PC

1925 Century Park East #220

Los Angeles    CA    90067
City     State    ZIP Code

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred   2012

Describe the property that secures the claim:

**$900,000.00**    **$0.00**    **$900,000.00**

25561 Prado de Las Flores, Calabassas, CA 91302

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  Notice Only

Last 4 digits of account number   0   6   3   3

**2.11**

Insurance Exchange of the Auto Club
Creditor's name
c/o Richardson, Fair & Cohen
Number   Street
2601 S. Figuerra St.

Los Angeles    CA    90012
City     State    ZIP Code

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred   03-09-2018

Describe the property that secures the claim:

**$5,187.38**    **$2,500,000.00**    **$5,187.38**

25561 Prado de Las Flores, Calabassas, CA 91302

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  Judgment

Last 4 digits of account number   0   3   9   2

Lien 74 Las Flores Recorded 09-02-2022

Add the dollar value of your entries in Column A on this page. Write that number here:

**$905,187.38**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.12**

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number    Street
**P.O. Box 7346**

_____

**Philadelphia**    **PA**    **19101**
City     State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **11-14-2013**

**Lien 51 Las Flores**

Describe the property that secures the claim:
**25561 Prado de Las Flores, Calabassas, CA 91302**

**$576,724.37**    **$2,500,000.00**    **$576,724.37**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   5   0   1   3

**2.13**

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number    Street
**P.O. Box 7346**

_____

**Philadelphia**    **PA**    **19101**
City     State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **11-14-2013**

**Lien 52 Las Flores**

Describe the property that secures the claim:
**25561 Prado de Las Flores, Calabassas, CA 91302**

**$11,440.43**    **$2,500,000.00**    **$11,440.43**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   5   1   1   3

Add the dollar value of your entries in Column A on this page. Write that number here:

**$588,164.80**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion if any |
|---|---|---|---|---|

**2.14**

Internal Revenue Service
Creditor's name
Central Insolvency Operations
Number   Street
P.O. Box 7346

Philadelphia    PA    19101
City      State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   02-14-2014

Lien 53 Las Flores

Describe the property that secures the claim:
25561 Prado de Las Flores, Calabassas, CA 91302

Amount of claim: **$32,017.82**    Value of collateral: **$2,500,000.00**    Unsecured: **$32,017.82**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   1   2   1   4

**2.15**

Internal Revenue Service
Creditor's name
Central Insolvency Operations
Number   Street
P.O. Box 7346

Philadelphia    PA    19101
City      State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   06-09-2014

Lien 55I Las Flores

Describe the property that secures the claim:
25561 Prado de Las Flores, Calabassas, CA 91302

Amount of claim: **$8,060.29**    Value of collateral: **$2,500,000.00**    Unsecured: **$8,060.29**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   7   3   1   4

Add the dollar value of your entries in Column A on this page. Write that number here:    **$40,078.11**

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 8

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion if any |

---

**2.16**

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number    Street
**P.O. Box 7346**

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

$11,914.61     $2,500,000.00     $11,914.61

**Philadelphia    PA    19101**
City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   **07-10-2014**

**Lien 56 Las Flores**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   0   7   1   4

---

**2.17**

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number    Street
**P.O. Box 7346**

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

$30,666.69     $2,500,000.00     $30,666.69

**Philadelphia    PA    19101**
City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   **07-08-2016**

**Lien 57 Las Flores**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   4   3   1   6

---

Add the dollar value of your entries in Column A on this page. Write that number here:

$42,581.30

**Filed 01/27/23**       **Case 23-90029**       **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion if any |
|---|---|---|---|---|

**2.18**

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number   Street
**P.O. Box 7346**

**Philadelphia    PA    19101**
City        State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **09-12-2016**

Lien 58 Las Flores

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

| | | |
|---|---|---|
| $29,258.44 | $2,500,000.00 | $29,258.44 |

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   **9   0   1   6**

**2.19**

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number   Street
**P.O. Box 7346**

**Philadelphia    PA    19101**
City        State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **11-09-2016**

Lien 58 Los Flores

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

| | | |
|---|---|---|
| $2,310.04 | $2,500,000.00 | $2,310.04 |

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   **5   5   1   6**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $31,568.48 |
|---|

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 10

**Filed 01/27/23**      **Case 23-90029**      **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them sequentially from the previous page. | | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

**2.20**

Describe the property that secures the claim:

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | $9,977.52 | $2,500,000.00 | $9,977.52 |

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number    Street
**P.O. Box 7346**

25561 Prado de Las Flores,
Calabassas, CA 91302

**Philadelphia    PA    19101**
City          State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Income Taxes**

☑ Check if this claim relates
   to a community debt

Date debt was incurred   **02-28-2018**    Last 4 digits of account number   9   1   1   8

Lien 60 Las Flores

**2.21**

Describe the property that secures the claim:

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | $7,346.13 | $2,500,000.00 | $7,346.13 |

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number    Street
**P.O. Box 7346**

25561 Prado de Las Flores,
Calabassas, CA 91302

**Philadelphia    PA    19101**
City          State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Income Taxes**

☑ Check if this claim relates
   to a community debt

Date debt was incurred   **05-02-2018**    Last 4 digits of account number   9   6   1   8

Lien 61 Las Flores

Add the dollar value of your entries in Column A on this page. Write that number here:

| $17,323.65 |
|---|

**Filed 01/27/23**     **Case 23-90029**     **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion If any |
|---|---|---|---|---|

**2.22**

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number    Street
**P.O. Box 7346**

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

| Column A | Column B | Column C |
|---|---|---|
| $5,096.39 | $2,500,000.00 | $5,096.39 |

_____

**Philadelphia**    **PA**    **19101**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **07-12-2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   **9**   **0**   **6**   **4**

**Lien 62 Las Flores**

**2.23**

**Internal Revenue Service**
Creditor's name
**Central Insolvency Operations**
Number    Street
**P.O. Box 7346**

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

| Column A | Column B | Column C |
|---|---|---|
| $88,828.18 | $2,500,000.00 | $88,828.18 |

_____

**Philadelphia**    **PA**    **19101**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **07-06-2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Income Taxes**

Last 4 digits of account number   **4**   **2**   **2**   **1**

**Lien 69 Las Flores**

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| **$93,924.57** |

Debtor 1   **Ramil Abalkhad**
Debtor 2   **Melina Abalkhad**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

### 2.24

**ITRIA Ventures, LLC**
Creditor's name
**Brandywine Building**
Number   Street
**1000 N. West St. #1200**

**Wilmington**    **DE**    **19801**
City      State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   04-17-2019   Last 4 digits of account number   1   3   6   6

**Lien 64 Las Flores Recorded 10-25-2019**

Describe the property that secures the claim:
**25561 Prado de Las Flores, Calabassas, CA 91302**

**$47,187.04**    **$2,500,000.00**    **$47,187.04**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Judgement**

### 2.25

**ITRIA Ventures, LLC**
Creditor's name
**Brandywine Building**
Number   Street
**1000 N. West St. #1200**

**Wilmington**    **DE**    **19801**
City      State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   03-05-2019   Last 4 digits of account number   0   7   2   7

**Lien 63 Las Flores Recorded 10-25-2019**

Describe the property that secures the claim:
**25561 Prado de Las Flores, Calabassas, CA 91302**

**$18,319.78**    **$2,500,000.00**    **$18,319.78**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Judgement**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$65,506.82**

Debtor 1   **Ramil Abalkhad**
Debtor 2   **Melina Abalkhad**

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them sequentially from the previous page. | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

**2.26**

**ITRIA Ventures, LLC**
Creditor's name
**c/o Rudy Gaba, Jr**
Number   Street
**Gaba Law**

**25 Maughly #300**

**Irvine**     **CA**   **92618**
City         State   ZIP Code

Who owes the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

**$0.00**     **$2,500,000.00**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
**Judgment**

Last 4 digits of account number   **0   7   2   7**

**2.27**

**JP Morgan Chase**
Creditor's name
**Chase Fulfillment Center**
Number   Street
**P.O. Box 469030**

**Glendale**     **CO**   **80246**
City         State   ZIP Code

Who owes the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim relates to a community debt

Date debt was incurred   **June 7, 2007**

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

**$500,000.00**     **$2,500,000.00**     **$500,000.00**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Nature of lien. Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
**Non-Purchase Money**

Last 4 digits of account number   **r   a   d   o**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$500,000.00**

**Filed 01/27/23**      **Case 23-90029**      **Doc 1**

Debtor 1    Ramil Abalkhad
Debtor 2    Melina Abalkhad

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them sequentially from the previous page. | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

**2.28**

Kia Motor Finance
Creditor's name
4000 MacArthur Blvd.
Number   Street

_____

Newport Beach   CA   92660
City      State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred   2017

Describe the property that secures the claim:

**Lease**

$600.00     $20,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Purchase Money**

Last 4 digits of account number   0 2 0 2

**2.29**

Merchants Acquisition Group, LLC
Creditor's name
131 N. Tustin Ave. #200
Number   Street

_____

Tustin     CA   92780
City      State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred   02-03-2020

Describe the property that secures the claim:

3040 Andrea Ln, Turlock, CA 95382

$390,518.40    $225,000.00    $390,518.40

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Judgment**

Last 4 digits of account number   1 9 7 2

Lien 13 Andrea Recorded 01-20-2022

Add the dollar value of your entries in Column A on this page. Write that number here:

$391,118.40

**Filed 01/27/23**                  **Case 23-90029**                            **Doc 1**

Debtor 1     **Ramil Abalkhad**
Debtor 2     **Melina Abalkhad**

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them sequentially from the previous page. | | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

---

**2.30**

Describe the property that secures the claim:

**3040 Andrea Ln, Turlock, CA 95382**

**Nationstar, Mortgage, ILC**
Creditor's name
**dba Mr. Cooper**
Number   Street
**Attn. Bankruptcy Dept**

**P.O. Box 619096**

**Dallas**      **TX**   **75261**
City        State   ZIP Code

Column A: $64,357.00    Column B: $225,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **First Mortgage**

Date debt was incurred    **2003**      Last 4 digits of account number   9   6   9   1

---

**2.31**

Describe the property that secures the claim:

**SFH**

**Nationstar, Mortgage, ILC**
Creditor's name
**dba Mr. Cooper**
Number   Street
**Attn. Bankruptcy Dept**

**P.O. Box 619096**

**Dallas**      **TX**   **75261**
City        State   ZIP Code

Column A: $220,000.00    Column B: $0.00    Column C: $220,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Purchase Money**

Date debt was incurred    **2003**      Last 4 digits of account number   3   8   1   6

**Debtor is on the loan but not on the property and Debtor does not make the payments**

Add the dollar value of your entries in Column A on this page. Write that number here:     **$284,357.00**

Debtor 1   **Ramil Abalkhad**
Debtor 2   **Melina Abalkhad**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |

| 2.32 |

Describe the property that
secures the claim:

**Nationstar, Mortgage, LLC**
Creditor's name
**dba Mr. Cooper**
Number   Street
**Attn. Bankruptcy Dept**

**25561 Prado de Las Flores,
Calabassas, CA 91302**

| $4,100,000.00 | $2,500,000.00 | $1,600,000.00 |

**P.O. Box 619096**

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Dallas** _____ **TX** __ **75261**
City   State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**First Mortgage**

Date debt was incurred   **03-14-2007**   Last 4 digits of account number   **r  a  d  o**

Lien 38 Las Flores

| 2.33 |

Describe the property that
secures the claim:

**Right Path Servicing**
Creditor's name
**P.O. Box 818060**
Number   Street
**5801 Postal Rd**

**SFH**

| $260,000.00 | $1,438,900.00 | |

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cleveland** _____ **OH** __ **44181**
City   State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
to a community debt**

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**SFH**

Date debt was incurred   **1996**   Last 4 digits of account number   **1  2  0  8**

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| $4,360,000.00 |

Debtor 1    **Ramil Abalkhad**
Debtor 2    Melina Abalkhad

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.34**

Describe the property that secures the claim:    $29,964.09    $2,500,000.00    $29,964.09

State of CA Dept of Tax & Fee Admin
Creditor's name    **Las Flores and Andrea**
**Bankruptcy Group MIC 92E**
Number   Street
**P.O. Box 826880**

Sacramento    CA    94280
City       State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Employment Taxes**

☑ Check if this claim relates to a community debt

Date debt was incurred   **12-16-2021**    Last 4 digits of account number   k   h   a   d

Lien 72 Los Flores
Lien 10 Andrea

**2.35**

Describe the property that secures the claim:    $359,232.51    $2,500,000.00    $359,232.51

State of CA Dept of Tax & Fee Admin
Creditor's name    **Las Flores and Andrea**
**Bankruptcy Group MIC 92E**
Number   Street
**P.O. Box 826880**

Sacramento    CA    94280
City       State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Employment Taxes**

☑ Check if this claim relates to a community debt

Date debt was incurred   **07-12-2022**    Last 4 digits of account number   4   0   9   4

Lien 73 Las Flores
Lien 14 Andrea

Add the dollar value of your entries in Column A on this page. Write that number here:    **$389,196.60**

Filed 01/27/23     Case 23-90029     Doc 1

Debtor 1   **Ramil Abalkhad**
Debtor 2   **Melina Abalkhad**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.36**

**State of CA Dept of Tax & Fee Admin**
Creditor's name
**Bankruptcy Group MIC 92E**
Number   Street
**P.O. Box 826880**

Describe the property that secures the claim:
**3040 Andrea Ln, Turlock, CA 95382**

$176,500.34    $225,000.00    $15,857.34

**Sacramento**    **CA**   **94280**
City    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Taxes**

Date debt was incurred   **05-24-2021**    Last 4 digits of account number   7   7   7   0

Lien 11 Andrea

---

**2.37**

**State of CA Dept of Tax & Fee Admin**
Creditor's name
**Bankruptcy Group MIC 92E**
Number   Street
**P.O. Box 826880**

Describe the property that secures the claim:
**3040 Andrea Ln, Turlock, CA 95382**

$52,852.76    $225,000.00    $52,852.76

**Sacramento**    **CA**   **94280**
City    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Taxes**

Date debt was incurred   **05-24-2021**    Last 4 digits of account number   7   9   0   6

Lien 12

---

Add the dollar value of your entries in Column A on this page. Write that number here:

$229,353.10

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 19

**Filed 01/27/23**      **Case 23-90029**      **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.38**

**State of California Franchise Tax Bd**
Creditor's name
**Bankruptcy Dept.**
Number   Street
**P.O. Box 2952**

Describe the property that secures the claim:
**25561 Prado de Las Flores, Calabassas, CA 91302**

Column A: **$5,122.11**    Column B: **$2,500,000.00**    Column C: **$5,122.11**

**Sacramento**    **CA**   **95812**
City      State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Income Taxes**

Date debt was incurred   **04-28-2021**    Last 4 digits of account number   **6**   **8**   **1**   **7**

Lien 67 Las Flores

**2.39**

**State of California Franchise Tax Bd**
Creditor's name
**Bankruptcy Dept.**
Number   Street
**P.O. Box 2952**

Describe the property that secures the claim:
**25561 Prado de Las Flores, Calabassas, CA 91302**

Column A: **$12,321.37**    Column B: **$2,500,000.00**    Column C: **$12,321.37**

**Sacramento**    **CA**   **95812**
City      State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Income Taxes**

Date debt was incurred   **11-12-2021**    Last 4 digits of account number   **0**   **0**   **6**   **5**

Lien 71 Las Flores

Add the dollar value of your entries in Column A on this page. Write that number here:

**$17,443.48**

Debtor 1 **Ramil Abalkhad**
Debtor 2 **Melina Abalkhad**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.40**

**TBF Financial, Inc.**
Creditor's name
**870 Sheridan Rd.**
Number   Street

**Highwood**    **IL**    **60040**
City     State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   **12-17-2020**

Lien 68 Las Flores Recorded 05-18-2021
Lien 9 Andrea Recorded 05-06-2021

Describe the property that secures the claim:

**Las Flores and Andrea**

$269,376.62    $2,500,000.00    $269,376.62

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset) **Collection Account**

Last 4 digits of account number   1   8   5   1

---

**2.41**

**The Oaks of Calabasas HOA**
Creditor's name
**C/O Wolf, Rifkin, Shapiro etc.**
Number   Street
**11400 W. Olympic Blvd. 9th Fl**

**Los Angeles**    **CA**    **90064**
City     State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   **11-4-2009**

Lien 40 Las Flores

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

$16,906.44    $2,500,000.00    $16,906.44

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) **Las Flores HOA**

Last 4 digits of account number   9   9   6   7

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$286,283.06**

**Filed 01/27/23**      **Case 23-90029**      **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.42**

**World's Gold and Diamonds, Inc.**
Creditor's name
**7500 Bellaire Blvd**
Number    Street

Describe the property that secures the claim:

**25561 Prado de Las Flores, Calabassas, CA 91302**

| | | |
|---|---|---|
| $390,518.40 | $2,500,000.00 | $390,518.40 |

**Houston**    **TX**    **77036**
City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Judgment**

**Date debt was incurred**   **02-03-2020**    **Last 4 digits of account number**   **1   9   7   2**

Lien 65 Recorded 9/16/2020 and
Lien 66 Recorded 11/12/2020

Add the dollar value of your entries in Column A on this page. Write that number here:

| $390,518.40 |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $14,252,151.81 |
|---|

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**                                              Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**1**

**ITRIA Ventures, LLC**
Name
**c/o Rudy Gaba, Jr**
Number          Street
**Gaba Law**

**25 Maughly #300**

**Irvine**                          **CA      92618**
City                                State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number    **1    3    6    6**

---

**2**

**The Oaks of Calabasas HOA**
Name
**C/O Wolf, Rifkin, Shapiro etc.**
Number          Street
**11400 W. Olympic Blvd. 9th Fl**

**Los Angeles**                      **CA      90064**
City                                State    ZIP Code
**Lien 70 Las Flores**

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number    **9    9    6    7**

---

**3**

**The Oaks of Calabasas HOA**
Name
**C/O Wolf, Rifkin, Shapiro etc.**
Number          Street
**11400 W. Olympic Blvd. 9th Fl**

**Los Angeles**                      **CA      90064**
City                                State    ZIP Code
**Lien 46 Las Flores**

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number    **9    9    6    7**

---

**4**

**The Oaks of Calabasas HOA**
Name
**C/O Wolf, Rifkin, Shapiro etc.**
Number          Street
**11400 W. Olympic Blvd. 9th Fl**

**Los Angeles**                      **CA      90064**
City                                State    ZIP Code
**Lien 48**

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number    **9    9    6    7**

---

**5**

**The Oaks of Calabasas HOA**
Name
**C/O Wolf, Rifkin, Shapiro etc.**
Number          Street
**11400 W. Olympic Blvd. 9th Fl**

**Los Angeles**                      **CA      90064**
City                                State    ZIP Code
**Lien 41 Las Flores**

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number    **s    H    O    A**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ramil** | | **Abalkhad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Melina** | | **Abalkhad** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

### Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.
☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $8,952.00 | $8,952.00 | $0.00 |

**David Seror**
Priority Creditor's Name
c/o Gonzalez & Gonzalez Law PC
Number    Street
530 S. Hewitt St.#148

Last 4 digits of account number   s   t   e   e

When was the debt incurred?   2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles    CA    90013**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **Ramil Abalkhad**

Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

                                                              **Total claim**

---

**4.1**

**Bank of America, NA**                                            **$2,272.00**

Nonpriority Creditor's Name

**P.O. Box 982235**

Number     Street

**Last 4 digits of account number**   2   9   0   0

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**El Paso**        **TX**    **79998**

City        State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.2**

**Caine and Weiner**                                                **$76.00**

Nonpriority Creditor's Name

**P.O. Box 55848**

Number     Street

**Last 4 digits of account number**   4   3   3   4

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sherman Oaks**      **CA**    **91413**

City        State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

Debtor 1    **Ramil Abalkhad**

Debtor 2    **Melina Abalkhad**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**$4,123.00**

**Capital One Bank, NA**
Nonpriority Creditor's Name

**P.O. Box 30285**
Number    Street

**Salt Lake City**      **UT**    **84130**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4   7   0   9

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

### 4.4

**$523.00**

**Credence Resource Management**
Nonpriority Creditor's Name

**17000 Dallas Parkway #204**
Number    Street

**Dallas**      **TX**    **75248**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   8   3   9

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - AT&T**

### 4.5

**$170.00**

**Credit Collection Services**
Nonpriority Creditor's Name

**725 Canton St.**
Number    Street

**Norwood**      **MA**    **02062**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4   7   0   9

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Lab Corp**

Debtor 1   **Ramil Abalkhad**
Debtor 2   **Melina Abalkhad**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6

**$60,440.00**

**Home Acceptance Corp**
Nonpriority Creditor's Name
**1061 N. Kraemer Pl #G**
Number       Street

_____

**Anaheim                    CA      92806**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___  ___  **1**  **2**
When was the debt incurred?   **2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Loan**

### 4.7

**$60,079.00**

**Home Acceptance Corp**
Nonpriority Creditor's Name
**1061 N. Kraemer Pl #G**
Number       Street

_____

**Anaheim                    CA      92806**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___  ___  **1**  **3**
When was the debt incurred?   **03/05/2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Loan**

### 4.8

**$195,000.00**

**Home Acceptance Corp**
Nonpriority Creditor's Name
**1061 N. Kraemer Pl #G**
Number       Street

_____

**Anaheim                    CA      92806**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___  ___  **1**  **3**
When was the debt incurred?   **4/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Loan**

Debtor 1  **Ramil Abalkhad**
Debtor 2  **Melina Abalkhad**

Case number (if known) _____

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.9**

**Home Acceptance Corp**
Nonpriority Creditor's Name
**1061 N. Kraemer Pl #G**
Number    Street

**$23,500.00**

Last 4 digits of account number ___ ___ **1** **3**
When was the debt incurred? **12/21/2020**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Anaheim**    **CA**    **92806**
City    State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Loan**

**4.10**

**Home Acceptance Corp**
Nonpriority Creditor's Name
**1061 N. Kraemer Pl #G**
Number    Street

**$15,000.00**

Last 4 digits of account number ___ ___ **1** **3**
When was the debt incurred? **02/01/2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Anaheim**    **CA**    **92806**
City    State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Loan**

**4.11**

**Home Acceptance Corp**
Nonpriority Creditor's Name
**1061 N. Kraemer Pl #G**
Number    Street

**$6,000.00**

Last 4 digits of account number ___ ___ **1** **3**
When was the debt incurred? **3/21/2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Anaheim**    **CA**    **92806**
City    State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Loan**

| Debtor 1 | Ramil Abalkhad |
|---|---|
| Debtor 2 | Melina Abalkhad |

Case number (if known) _____

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.12**

$1,700.00

**Home Acceptance Corp**
Nonpriority Creditor's Name
**1061 N. Kraemer Pl #G**
Number    Street

**Anaheim     CA    92806**
City     State   ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ **1** **3**
When was the debt incurred? **8/16/2021**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Loan**

---

**4.13**

$8,004.00

**JP Morgan Chase**
Nonpriority Creditor's Name
**Chase Fulfillment Center**
Number    Street
**P.O. Box 469030**

**Glendale     CO    80246**
City     State   ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number **4** **7** **2** **0**
When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

---

**4.14**

$3,680.00

**Kinecta Federal Credit Union**
Nonpriority Creditor's Name
**P.O. box 91210**
Number    Street

**City of Industry     CA    91718**
City     State   ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number **6** **9** **1** **9**
When was the debt incurred? **2022**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

---

Debtor 1    Ramil Abalkhad
Debtor 2    Melina Abalkhad

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                                      Total claim

**4.15**

                                                    **$67,000.00**

**Luxury Auto Leasing**
Nonpriority Creditor's Name
**4163 Lincoln Blvd.**
Number     Street

**Marina del Rey**     **CA**    **90292**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0**   **0**   **0**   **5**
When was the debt incurred?    **2002**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Repossession**

**4.16**

                                                    **$1,712.00**

**Merrick Bank**
Nonpriority Creditor's Name
**10705 S. Jordan Gtwy #200**
Number     Street

**South Jordan**     **UT**    **84095**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2**   **0**   **6**   **1**
When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**4.17**

                                                    **$886.00**

**Midland Credit Management**
Nonpriority Creditor's Name
**320 E Big Beaver Rd. #300**
Number     Street

**Troy**     **MI**    **48083**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3**   **1**   **4**   **1**
When was the debt incurred?    **2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collecting for - Bank of Missori**

Debtor 1     **Ramil Abalkhad**
Debtor 2     **Melina Abalkhad**

Case number (if known) _____

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.18 | |
|---|---|
| | **$1,775.00** |

**Nordstrom/TD Bank USA**
Nonpriority Creditor's Name
**13531 E. Caley Ave**
Number        Street

_____

**Englewood            CO      80111**
City                        State        ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7    0    4    3**
When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

| 4.19 | |
|---|---|
| | **$2,736.00** |

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
**120 Corporate Blvd. #100**
Number        Street

_____

**Norfolk                VA      23502**
City                        State        ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4    6    6    2**
When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - Synchrony Bank**

| 4.20 | |
|---|---|
| | **$1,039.00** |

**Resurgent Capital Services**
Nonpriority Creditor's Name
**P.O. Box 10587**
Number        Street

_____

**Greenville            SC      29603**
City                        State        ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6    6    4    5**
When was the debt incurred?    **2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - Credit One**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| 4.21 |

| Total claim |
| --- |
| **$5,799.00** |

**United Consumer Finance**
Nonpriority Creditor's Name
**865 Bassett RD**
Number        Street

**Westake**                      **OH**      **44145**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ **4** **8**
**When was the debt incurred?**    2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Loan**

| Debtor 1 | Ramil Abalkhad |
|----------|----------------|
| Debtor 2 | Melina Abalkhad |

Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $8,952.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $8,952.00 |

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. $0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $461,514.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $461,514.00 |

Filed 01/27/23     Case 23-90029     Doc 1

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Ramil** | **Abalkhad** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Melina** | **Abalkhad** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease      State what the contract or lease is for

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ramil** | | **Abalkhad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Melina** | | **Abalkhad** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

---

## Official Form 106H

## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**   *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☑ No
     - ☐ Yes

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   Column 1:  **Your codebtor**                     Column 2:  **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| Debtor 1 | Ramil | | Abalkhad |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Melina | | Abalkhad |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DIST. OF CALIFORNIA

Case number (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income　　　　　　　　　　　　12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:　Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | | Self Employed | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| | | Number　Street | Number　Street |
| | | City　　　　　State　Zip Code | City　　　　　State　Zip Code |
| **How long employed there?** | | 1 year | |

### Part 2:　Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $8,000.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $8,000.00 | $0.00 |

Filed 01/27/23 Case 23-90029 Doc 1

Debtor 1 **Ramil Abalkhad**
Debtor 2 **Melina Abalkhad**

Case number (if known) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ................................................... ➔ | 4. | | $8,000.00 | $0.00 |
| **5.** List all payroll deductions: | | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $0.00 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | | $0.00 | $0.00 |
| 5e. Insurance | 5e. | | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | | $0.00 | $0.00 |
| 5g. Union dues | 5g. | | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h.+ | | $0.00 | $0.00 |
| **6.** Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | | $0.00 | $0.00 |
| **7.** Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | | $8,000.00 | $0.00 |
| **8.** List all other income regularly received: | | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | | $20,000.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| 8b. Interest and dividends | 8b. | | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| 8d. Unemployment compensation | 8d. | | $0.00 | $0.00 |
| 8e. Social Security | 8e. | | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | | |
| Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| Specify: _____ | 8f. | | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ | 8h.+ | | $0.00 | $0.00 |
| **9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | | $20,000.00 | $0.00 |
| **10.** Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $28,000.00 + $0.00 = | $28,000.00 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.  12. $28,000.00

Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain: Joint Debtor has just started in the Real Esate Field. Disposable income will vary after all liens are stripped off.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ramil**     **Abalkhad** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | **Melina**     **Abalkhad** |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
        ☑ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 25 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☑ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.

   4.    **$500.00**

   If not included in line 4:

   4a. Real estate taxes     4a. _____
   4b. Property, homeowner's, or renter's insurance     4b. _____
   4c. Home maintenance, repair, and upkeep expenses     4c. _____
   4d. Homeowner's association or condominium dues     4d. _____

Filed 01/27/23                      Case 23-90029                       Doc 1

| Debtor 1 | **Ramil Abalkhad** |
|---|---|
| Debtor 2 | **Melina Abalkhad** |

Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| **6.** | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$200.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$140.00** |
| | 6d. Other. Specify: __Cell Phones__ | 6d. | **$225.00** |
| **7.** | **Food and housekeeping supplies** | 7. | **$600.00** |
| **8.** | **Childcare and children's education costs** | 8. | |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$300.00** |
| **10.** | **Personal care products and services** | 10. | **$200.00** |
| **11.** | **Medical and dental expenses** | 11. | **$150.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$600.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | **$400.00** |
| | 15c. Vehicle insurance | 15c. | **$350.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| **17.** | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | **$10,416.66** |
| | 20b. Real estate taxes | 20b. | **$3,000.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$300.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$450.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$416.00** |

Debtor 1    **Ramil Abalkhad**

Debtor 2    **Melina Abalkhad**                                                      Case number (if known) _____

**21. Other.** Specify: _____    21.    + _____

**22. Calculate your monthly expenses.**

22a.    Add lines 4 through 21.                                      22a.    _____ **$18,547.66**

22b.    Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.    _____

22c.    Add line 22a and 22b. The result is your monthly expenses.    22c.    _____ **$18,547.66**

**23. Calculate your monthly net income.**

23a.    Copy line 12 (your combined monthly income) from Schedule I.    23a.    _____ **$28,000.00**

23b.    Copy your monthly expenses from line 22c above.    23b.    — _____ **$18,547.66**

23c.    Subtract your monthly expenses from your monthly income.
        The result is your monthly net income.    23c.    _____ **$9,452.34**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:
            **Debtor pays wife 2500 a month support while she is not working. As she works that will go down while wife's
            income goes up.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ramil** | | **Abalkhad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Melina** | | **Abalkhad** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 106Dec

### Declaration About an Individual Debtor's Schedules                                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice,*
                                                              *Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
   Ramil Abalkhad, Debtor 1              Melina Abalkhad, Debtor 2

Date   1-27-23                          Date   1-27-23
       MM / DD / YYYY                          MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ramil** | | **Abalkhad** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Melina** | | **Abalkhad** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☑ Wages, commissions,<br>bonuses, tips | $0.00 | ☑ Wages, commissions,<br>bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| For last calendar year: | ☐ Wages, commissions,<br>bonuses, tips | | ☐ Wages, commissions,<br>bonuses, tips | |
| (January 1 to December 31, **2022** )<br>YYYY | ☐ Operating a business | | ☐ Operating a business | |
| For the calendar year before that: | ☐ Wages, commissions,<br>bonuses, tips | | ☐ Wages, commissions,<br>bonuses, tips | |
| (January 1 to December 31, **2021** )<br>YYYY | ☐ Operating a business | | ☐ Operating a business | |

Filed 01/27/23             Case 23-90029             Doc 1

Debtor 1    **Ramil Abalkhad**

Debtor 2    **Melina Abalkhad**

Case number (if known) _____

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | Business | $8,000.00 | | |
| | | | | |
| | | | | |
| For last calendar year:<br>(January 1 to December 31, __2022__ )<br>YYYY | | | | |
| | | | | |
| For the calendar year before that:<br>(January 1 to December 31, __2021__ )<br>YYYY | | | | |
| | | | | |

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.**    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

     ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

         During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

         ☐ No.   Go to line 7.

         ☐ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

         * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

     ☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

         During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

         ☑ No.   Go to line 7.

         ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7.**    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

     ☑ No
     ☐ Yes. List all payments to an insider.

**8.**    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

     ☑ No
     ☐ Yes. List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9.**    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

     ☐ No
     ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Rastavan v. Abalkhad | Business Loan | **Los Angeles Superior Court** <br> Court Name <br> **111 N. Hill St.** <br> Number   Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number   19STCV08846 | | **Los Angeles**    **CA**    **90012** <br> City     State    ZIP Code | |

| Debtor 1 | **Ramil Abalkhad** | |
|---|---|---|
| Debtor 2 | **Melina Abalkhad** | |
| | | Case number (if known) _____ |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

### Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

### Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

### Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Totaro & Shanahan** | Debtors paid $13,000 for pre-petition work including all meetings, motions, visits to premises, conversations with brokers, meetings with appraiser and contractor | | |
| Person Who Was Paid | | | |
| **P.O. Box 789** | | 01/24/2023 | $1,738.00 |
| Number    Street | | | |
| | | | |
| **Pacific Palisades**   **CA**   **90272** | | | |
| City    State   ZIP Code | | | |
| **www.TotaroandShanahan.com** | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**Filed 01/27/23**                **Case 23-90029**                **Doc 1**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**                      Case number (if known) _____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

### Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

### Part 9:   Identify Property You Hold or Control for Someone Else

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1  **Ramil Abalkhad**
Debtor 2  **Melina Abalkhad**

Case number (if known) _____

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

## Part 11:  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

**Alexander Branden & Co, LLC**
Business Name

**631 S. Olive St. #510**
Number     Street

**Los Angeles**     **CA**   **90014**
City                State   ZIP Code

Describe the nature of the business
Last Taxes 2018

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 8  2  –  1  0  8  2  2  1  6

Dates business existed

From  **3/20/2017**   To  **11/1/20211**

**California Branden & Co. LLC**
Business Name

**631 S. Olive St. #510**
Number     Street

**Los Angeles**     **CA**   **90014**
City                State   ZIP Code

Describe the nature of the business
Last Taxes 2018

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 4  7  –  2  5  2  2  4  3  7

Dates business existed

From  **12/5/2014**   To  **12/2/2019**

Debtor 1    **Ramil Abalkhad**
Debtor 2    **Melina Abalkhad**

Case number (if known) _____

**California Diamond Connection, Inc.**
Business Name

Describe the nature of the business
Last Taxes 2018

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  8  2 – 3  8  4  7  5  9  8

**631 S. Olive St. #510**
Number    Street

Name of accountant or bookkeeper

Dates business existed

From  12/15/2017    To    **Present**

**Los Angeles        CA    90014**
City                    State    ZIP Code

---

**California MBNB Group, LLC**
Business Name

Describe the nature of the business
Last Taxes 2018

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4  7 – 2  4  9  6  5  8  4

**631 S. Olive St. #510**
Number    Street

Name of accountant or bookkeeper

Dates business existed

From  12/5/2014    To  10/1/2020

**Los Angeles        CA    90014**
City                    State    ZIP Code

---

**World Gold and Diamond Training Ct**
Business Name

Describe the nature of the business
Last Taxes 2018

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  8  2 – 4  1  0  5  6  7  0

**631 S. Olive St. #510**
Number    Street

Name of accountant or bookkeeper

Dates business existed

From  1/17/2018    To  10/1/2021

**Los Angeles        CA    90014**
City                    State    ZIP Code

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____
Ramil Abalkhad, Debtor 1            Melina Abalkhad, Debtor 2

Date  1-23-23                Date  1-27-23

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re **Ramil Abalkhad**  
     **Melina Abalkhad**

Case No. _____

Chapter   <u>11</u>

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................ | <u>$1,738.00</u> |
| Prior to the filing of this statement I have received...................................................... | <u>$1,738.00</u> |
| Balance Due.............................................................................................................. | <u>$0.00</u> |

2. The source of the compensation paid to me was:
   - ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Adversary actions based on fraud.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/25/2023 | /s/ Michael R. Totaro | |
|---|---|---|
| *Date* | *Michael R. Totaro* | Bar No.  102229 |
| | Totaro & Shanahan | |
| | P.O. Box 789 | |
| | Pacific Palisades, CA 90272 | |
| | Phone: (888) 425-2889 / Fax: (310) 496-1260 | |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Ramil | Abalkhad |
| | First Name　　　　Middle Name | Last Name |
| Debtor 2 | Melina | Abalkhad |
| (Spouse, if filing) | First Name　　　　Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)　_____

☐ Check if this is an amended filing

## Official Form 122B

## Chapter 11 Statement of Your Current Monthly Income　　　　12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:**　**Calculate Your Current Monthly Income**

1.　**What is your marital and filing status?** Check one only.

　☐ **Not married.** Fill out Column A, lines 2-11.

　☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

　☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5.　**Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $8,000.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $8,000.00 | $0.00 | Copy here ⇒ | $8,000.00 | $0.00 |

Debtor 1   **Ramil Abalkhad**
Debtor 2   **Melina Abalkhad**

Case number (if known) _____

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | **$20,000.00** | **$0.00** | | | |
| Ordinary and necessary operating expenses | − **$14,666.00** | − **$0.00** | | | |
| Net monthly income from rental or other real property | **$5,334.00** | **$0.00** | Copy here → | **$5,334.00** | **$0.00** |

| | | | |
|---|---|---|---|
| **7.** Interest, dividends, and royalties | | **$0.00** | **$0.00** |
| **8.** Unemployment compensation | | **$0.00** | **$0.00** |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ...............↓

For you............................................................... **$0.00**

For your spouse................................................. **$0.00**

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

         **$0.00**      **$0.00**

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____   _____ + _____

_____   _____   _____

Total amounts from separate pages, if any.   + _____   + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| **$13,334.00** | + | **$0.00** | = | **$13,334.00** |
|---|---|---|---|---|

**Total current monthly income**

| **Part 2:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____     X _____
Ramil Abalkhad, Debtor 1                  Melina Abalkhad, Debtor 2

Date   1-27-23          Date   1-27-23
      MM / DD / YYYY               MM / DD / YYYY

| Attorney or Party name, Address, Telephone and Fax Numbers, and California State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Totaro & Shanahan<br>Michael R. Totaro  102229<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(888) 425-2889  FAX  (310) 496-1260<br>Ocbkatty@aol.com<br><br>☐  *Debtor(s) appearing without attorney*<br>☑  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA  NORTHERN DIVISION**

| In re:<br><br>Ramil Abalkhad<br>Melina Abalkhad | CASE NO:<br><br>Chapter 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS<br>[LBR 1007-1(d)]** |
| Debtor(s) | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of

__1__  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  __January 25, 2023__

Date:  __January 25, 2023__

Date:  __January 25, 2023__

_____
Signature of Debtor 1

_____
Signature of Debtor 2  (joint debtor) (if applicable)
/s/ Michael R. Totaro
_____
Signature of Attorney for Debtor (if applicable)

Alina Ghrdilyan
c/o Benjamin, Nachimson, Wolf etc
1100 Glendon Ave. #1500
Los Angeles, CA 90024

Credence Resource Management
17000 Dallas Parkway #204
Dallas, TX 75248

JP Morgan Chase
Chase Fulfillment Center
P.O. Box 469030
Glendale, CO 80246

Alina Ghrdilyan
c/o Benjamin, Nachimson, Wolf etc
1100 Glendon Ave. #1500
West Hollywood, CA 90069

Credit Collection Services
725 Canton St.
Norwood, MA 02062

Kia Motor Finance
4000 MacArthur Blvd.
Newport Beach, CA 92660

Bakers Surety Services, Inc.
11101 Roosevelt Blvd. N
St. Petersberg, FL 33716

David Rastavan
c/o Ali R Mirhosseini
Mirhosseini Law Group, APC
1502 N. Broadway

Kinecta Federal Credit Union
P.O. box 91210
City of Industry, CA 91718

Banco Popular NA
P.O. Box 4906
Miami Lakes, FL 33014

David Seror
c/o Gonzalez & Gonzolez Law PC
530 S. Hewitt St.#148
Los Angeles, CA 90013

Luxury Auto Leasing
4163 Lincoln Blvd.
Marina del Rey, CA 90292

Bank of America, NA
P.O. Box 982235
El Paso, TX 79998

Evgenia Sultanian
c/o David A. Youssefyeh
AIDIY Law Group, PC
1925 Century Park East #220

Merchants Acquisition Group, LLC
131 N. Tustin Ave. #200
Tustin, CA 92780

Bank of Hope
1100 S. San Pedro St. #L21
Los Angeles, CA 90015

Home Acceptance Corp
1061 N. Kraemer Pl #G
Anaheim, CA 92806

Merrick Bank
10705 S. Jordan Gtwy #200
South Jordan, UT 84095

Caine and Weiner
P.O. Box 55848
Sherman Oaks, CA 91413

Insurance Exchange of the Auto Cl
c/o Richardson, Fair & Cohen
2601 S. Figuerra St.
Los Angeles, CA 90012

Midland Credit Management
320 E Big Beaver Rd. #300
Troy, MI 48083

Capital One Bank, NA
P.O. Box 30285
Salt Lake City, UT 84130

Internal Revenue Service
Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

Nationstar, Mortgage, ILC
dba Mr. Cooper
Attn. Bankruptcy Dept
P.O. Box 619096

Cenlar Federal Savings
425 Phillips Blvd.
Ewing, NJ 08616

ITRIA Ventures, LLC
Brandywine Building
1000 N. West St. #1200
Wilmington, DE 19801

Nationstar, Mortgage, LLC
dba Mr. Cooper
Attn. Bankruptcy Dept
P.O. Box 619096

County of Sacramento Tax Collecto
700 H Street, #1710
Sacramento, CA 95814

ITRIA Ventures, LLC
c/o Rudy Gaba, Jr
Gaba Law
25 Maughly #300

Nordstrom/TD Bank USA
13531 E. Caley Ave
Englewood, CO 80111

Portfolio Recovery Associates, LLC
120 Corporate Blvd. #100
Norfolk, VA 23502

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Right Path Servicing
P.O. Box 818060
5801 Postal Rd
Cleveland, OH 44181

State of CA Dept of Tax & Fee Adn
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

State of California Franchise Tax B
Bankruptcy Dept.
P.O. Box 2952
Sacramento, CA 95812

TBF Financial, Inc.
370 Sheridan Rd.
Highwood, IL 60040

The Oaks of Calabasas HOA
C/O Wolf, Rifkin, Shapiro etc.
11400 W. Olympic Blvd. 9th Fl
Los Angeles, CA 90064

United Consumer Finance
365 Bassett RD
Westake, OH 44145

World's Gold and Diamonds, Inc.
7500 Bellaire Blvd
Houston, TX 77036