# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Ramil Abalkhad and Melina Abalkhad<br><br>　　　　　　　　Debtor(s) | Bankruptcy Case No.　　23-90029<br><br>DCN |

## ORDER APPROVING SUBSTITUTION OF ATTORNEY

It is ORDERED that Matthew D. Resnik
17609 Ventura Boulevard, Suite 314
Encino, CA 91316
(818) 285-0100

is hereby substituted as Attorney of Record, for Ramil Abalkhad and Melina Abalkhad, the co-debtors in this Case, in place and stead of Michael R. Totaro who is authorized to withdraw as counsel for the debtors in this Case.

Dated: April 06, 2023

By the Court

*Ronald H. Sargis, Judge*
United States Bankruptcy Court

EDC 6-506, Revised 10/1/2022