**4**

Todd S. Garan (SBN 236878)
tgaran@aldridgepite.com
Greg P. Campbell (SBN 281732)
gcampbell@aldridgepite.com
**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
DEUTSCHE BANK NATIONAL TRUST
COMPANY , as trustee for BCAP TRUST LLC
2007-AA3 MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2007-AA3

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| In re<br><br>RAMIL ABALKHAD and MELINA ABALKHAD,<br><br>    Debtor. | Case No. 23-90029<br><br>Chapter 11<br><br>D.C. No. AP-1<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing**:<br>Date:   September 7, 2023<br>Time:   10:00 a.m.<br>Ctrm:   Suite 200<br><br>1200 I Street<br>Modesto, CA 95354 |
|---|---|

    DEUTSCHE BANK NATIONAL TRUST COMPANY , as trustee for BCAP TRUST LLC 2007-AA3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA3 ("Movant") will and hereby does move, pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 25561 Prado De Las Flores, Calabasas, CA 91302 (the "Property").[1]

---

[1] This motion shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

This motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, Declaration in Support of Motion for Relief from Automatic Stay, and Exhibits to Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

Attached to the Declaration in Support of Motion for Relief from Automatic Stay are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

On or about March 14, 2007, Debtor, Ramil Abalkhad ("Borrower") executed an Interest Only Adjustable Rate note in the principal sum of $2,000,000.00 (the "Note"), which was made payable to Countrywide Bank, FSB ("Lender"). (*See* Exhibits in Support of Motion for Relief from Automatic Stay ("Exhibits"), **Exhibit 1**).

The Note is secured by a recorded Deed of Trust (the "Deed of Trust") encumbering the real property located at 25561 Prado De Las Flores, Calabasas, CA 91302 (the "Property")[2]. (*See* Exhibits, **Exhibit 2**). The Deed of Trust reflects the Property was titled in the name of Mr. Ramil Abalkhad, a married man as his sole and separate property. *(See,* Ex.2).

Subsequently, all of the Lender's beneficial interest in the Loan was assigned and transferred to Movant. (*See* Exhibits, **Exhibit 3**). Nationstar's records reflect that Movant holds possession and/or is in control of the original Note. The Note is endorsed and payable in blank. (*See* Declaration in Support of Motion for Relief from Automatic Stay ("Declaration").

On or about April 21, 2010, an unauthorized Quitclaim Deed was executed and subsequently recorded on May 28, 2010, in the Los Angeles County Recorder's office whereby the Borrower,

---

[2] The Note and Deed of Trust are collectively referred to herein as the "Loan."

1  Ramil Abalkhad, purported to transfer his entire separate property interest in the Property to Co-
2  Debtor, Melina Abalkhad, as her sole and separate property, as a "gift," for no consideration. (*See*
3  Exhibits, **Exhibit 4**)
4      The Debtor and Borrower on the Loan, Ramil Abalkhad, thereafter became delinquent on the
5  Loan, and prior to the Debtors filing the instant Bankruptcy Case, Movant commenced a judicial
6  foreclosure action as to Mr. Ramil Abalkhad and the Property, and on November 12, 2019, the State
7  Court entered an Order of Judgment, Foreclosure Decree and Order of Sale for as to the Property in
8  favor of Movant and against Mr. Ramil Abalkhad as to the Property ("Foreclosure Judgment"). (See,
9  Exhibits, **Exhibit 5)**.  The Foreclosure Judgment reflects was duly recorded.  (*See*, Exhibit 5).
10     On January 27, 2023, Debtors commenced the instant case by filing a voluntary petition
11 under Chapter 11 of the Bankruptcy Code.  (*See*, Dkt. No.1)
12     According to Debtors' Bankruptcy Schedules, the Debtors' commenced marriage dissolution
13 proceedings in 2022, and Debtor, Ms. Melina Abalkhad, resided at the Property as her principal
14 residence at the time of the Bankruptcy Filing. (*See*, Dkt. No.1, Dkt. No.50, Statement of Financial
15 Affairs).[3]
16     As of July 31, 2023, the total outstanding amount due under the Foreclosure Judgment is the
17 amount of $4,325,226.16, which continues to accrue interest at $316.33 per day for each additional
18 day pursuant to the Foreclosure Judgment[4] (*See* Declaration).
19     This motion is made on the following grounds:
20     (1)    Pursuant to 11 U.S.C. § 362(d)(2), the Debtors have no equity in the Property for the
21        benefit of the estate, and the Property is not necessary to an effective reorganization as it
22        does not presently generate income sufficient to service the debt and related expenses for
23        the Property. The equity analysis for the Property is as follows:
24

---

[3] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of Federal Rules of Bankruptcy Procedure, Creditor requests that the court take judicial notice of the documents and pleadings that are on file and part of the record in the instant case. The information contained in Debtors' Petition and Schedules is signed under penalty of perjury and is admissible as an admission of Debtors pursuant to Federal Rules of Evidence, Rule 801(d).

[4] The amounts referenced herein are approximations for purposes of this motion only and should not be relied upon to payoff and/or reinstate the Loan as interest and additional advances may come due subsequent to the filing of the motion. Interested parties can obtain an exact payoff and/or reinstatement quote by contacting Movant's undersigned counsel.

| | |
|---|---:|
| Fair Market Value: | $2,500,000.00 |
| Less: | |
| Movant's Trust Deed | $4,325,226.16 |
| Alina Ghrdilyans Judgment Lien | $1,335,190.24 |
| Banco Popular NAs Judgment Lien | $257,019.60 |
| Bank of Hopes Non-Purchase Money Security Lien | $1,100,000.00 |
| David Serors Judgment Lien | $250,000.00 |
| Insurance Exhange of the Auto Club Judgment Lien | $5,187.38 |
| International Revenue Service Income Tax Lien | $813,640.91 |
| Costs of Sale (8%) | $200,000.00 |
| **Equity in the Property:** | **($5,786,264.29)** |

For all of the reasons discussed herein, Movant is entitled to relief from the automatic stay of 11 U.S.C. §362(a).

**WHEREFORE**, Movant respectfully prays for an Order of this court:

1. Terminating the automatic stay of 11 U.S.C. § 362(a) to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property;

2. Granting Movant such other and further relief as the court deems just and proper.

ALDRIDGE PITE, LLP

Dated: August 10, 2023    /s/ *Todd S. Garan* (SBN 236878)
TODD S. GARAN
Attorneys for Movant DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for BCAP TRUST LLC 2007-AA3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA3

-4- CASE No. 23-90029
**MOTION FOR RELIEF FROM AUTOMATIC STAY**